**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FRANCINE COLE, both individual and as Co-Administrator for the Estate of Annie L. Cole,** | Civ. No. 12-cv-1932 (KM) |
| **Plaintiff,** | **ORDER** |
| v. | |
| **WELLS FARGO BANK, N.A., GWENDOLYN COLE-HOOVER, and KEVIN TODD JOHNSON,** | |
| **Defendants.** | |

Magistrate Judge Michael A. Hammer, on January 4, 2017, having filed a Report and Recommendation ("R&R") that the action be dismissed for lack of subject matter jurisdiction under 28 U.S.C. § 1367(d); and the plaintiff, Francine Cole, filed an objection (ECF no. 122); and the Court having considered the filings and the entire case file; and the Court having reviewed the matter *de novo*, without oral argument; for the reasons stated in the R&R, as well as the accompanying Opinion, and good cause appearing therefor;

IT IS this 22d day of January, 2018

ORDERED that the R&R (ECF no. 121) is adopted and affirmed, and that the plaintiff's objection (ECF no. 122) is rejected; and it is further

ORDERED that this action is dismissed in its entirety for lack of federal subject matter jurisdiction.

The clerk shall close the file.

_____
**KEVIN MCNULTY, U.S.D.J.**